UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

EDIMAX TECHNOLOGY CO., LTD.,

                                **Plaintiff,**

             -against-

VEEA INC.,

                              **Defendant.**

-------------------------------------------------------------------X

**25-CV-01616 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the close of fact discovery, the parties should contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov if they believe a settlement conference would be productive.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 13, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2026